## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

ANDREW HOWELL,            )
                              )
Plaintiff,              )
                              )
vs.                    )

**06 C 50054**

Case No._____

WILLIAM JOFFE, individually, and as the ) agent and/or employee of SAINT MARY ) CATHOLIC CHURCH, SAINT MARY ) SCHOOL, and/or CATHOLIC DIOCESE OF ) ROCKFORD, MONSIGNOR JAMES ) MCLOUGHLIN, individually, and as agent ) and/or employee of SAINT MARY ) CATHOLIC CHURCH, SAINT MARY ) SCHOOL, and/or CATHOLIC DIOCESE OF ) ROCKFORD, MONSIGNOR DAVID ) KAGAN, individually, and as the agent and/or ) employee of SAINT MARY CATHOLIC ) CHURCH, SAINT MARY SCHOOL, and/or ) CATHOLIC DIOCESE OF ROCKFORD, ) SAINT MARY CATHOLIC CHURCH, SAINT ) MARY SCHOOL, and/or CATHOLIC ) DIOCESE OF ROCKFORD, ELLEN LYNCH, ) individually, and as the agent and/or employee ) of HINSHAW & CULBERTSON, LLP, SAINT ) MARY CATHOLIC CHURCH, SAINT MARY ) SCHOOL, and/or CATHOLIC DIOCESE OF ) ROCKFORD, and HINSHAW & ) CULBERTSON, LLP, )
                              )
Defendants.           )

*FILED*
*MAR 1 6 2006*
*MICHAEL W. DOBBINS, CLERK*
*UNITED STATES DISTRICT COURT*

from the Circuit Court of Cook County, Illinois, County Department, Law Division, Cause No. 06 L 001454

## NOTICE OF REMOVAL

NOW COME the Defendants, ST. MARY'S CHURCH OF WOODSTOCK, a religious corporation, incorrectly named as "SAINT MARY'S CATHOLIC CHURCH and SAINT MARY'S SCHOOL", MONSIGNOR JAMES MCLOUGHLIN, the CATHOLIC DIOCESE OF ROCKFORD, a

religious corporation, and MONSIGNOR DAVID KAGAN, Defendants., by and through their attorneys, HINSHAW & CULBERTSON LLP and in support of this removal state:

1.    Defendants hereby invoke their rights under the provisions of 28 U.S.C. §1441(a) to remove Case No. 06 L 001454 from the Circuit Court of the Cook County, Illinois, County Department, Law Division, to the United States District Court for the Northern District of Illinois, Western Division.

2.    On or about February 9, 2006, Plaintiff filed Case No. 06 L 001454 against the Defendants, which is now pending therein. A copy of said Complaint is attached hereto as Exhibit A.

3.    The Complaint is styled in ten (10) Counts attempting to allege claims for assault and battery, intentional infliction of emotional distress, breach of fiduciary duty, vicarious liability, common law negligence, negligent infliction of emotional distress, and fraud. Counts IV, V, VI, VII, VIII and X target one or more of these Defendants.

4.    At the time of filing of the instant Notice of Removal, no proceedings have been instituted in the Cook County Circuit Court regarding this matter, other than the Plaintiff's filing of the Complaint.

5.    A principal place of business of the Defendant, the Catholic Diocese of Rockford, a religious corporation, is Rockford, Illinois. (See, Exhibit A: Plaintiff's Complaint, ¶2). St. Mary's Church and St. Mary's School are located in Rockford, Illinois. Defendants Monsignor James McLoughlin, a priest of the Diocese of Rockford, resides in Woodstock, Illinois, Monsignor David Kagan, a priest of the Diocese of Rockford, resides in Rockford, Illinois.

6.    Upon information and belief, Defendant William Joffe is a former priest of the Diocese of Rockford who resides in the State of Florida.

7.      Hinshaw and Culbertson, LLP is headquartered in Chicago, Illinois and has principal place of business in Rockford, Illinois.

8.      Upon information and belief, Defendant Ellen Lynch resides in Rockford, Illinois.

6.      The Plaintiff is a resident of the State of Colorado. (See, Exhibit A: Plaintiff's Complaint, ¶1).

7.      Based upon information and belief including the settlement demands made by plaintiff's counsel to the Diocese of Rockford, a religious corporation, prior to the filing of this suit, the amount in controversy exceeds $75,000.00. (See, Exhibit A: Plaintiff's Complaint, prayers for relief for each count and Affidavit of Pursuant to 222(b)).

8.      The United States District Court has original jurisdiction over this civil action pursuant to 28 U.S.C. §1332, which provides:

> (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between .... (1) citizens of different States.

8.      Pursuant to 28 U.S.C. §1441(a), Defendant is entitled to remove the captioned case from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Western Division.

9.      Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings and orders (including those identified herein as Exhibit A) served upon and known to the Defendants are attached hereto as Exhibit B.

WHEREFORE, Defendants, ST. MARY'S CHURCH OF WOODSTOCK, a religious corporation, incorrectly named as "SAINT MARY'S CATHOLIC CHURCH and SAINT MARY'S SCHOOL", MONSIGNOR JAMES MCLOUGHLIN, the CATHOLIC DIOCESE OF ROCKFORD, a religious corporation, and MONSIGNOR DAVID KAGAN, Defendants, hereby remove the instant case to this Court.

ST. MARY'S CHURCH OF WOODSTOCK, a religious corporation, incorrectly named as "SAINT MARY'S CATHOLIC CHURCH and SAINT MARY'S SCHOOL", MONSIGNOR JAMES MCLOUGHLIN, the CATHOLIC DIOCESE OF ROCKFORD, a religious corporation, and MONSIGNOR DAVID KAGAN, Defendants., Defendants.

By: _____
Jennifer L. Johnson
HINSHAW & CULBERTSON LLP
One of Their Attorneys

HINSHAW & CULBERTSON LLP
500 Coventry Lane, Suite 205
Crystal Lake, Illinois 60014
(815) 459-5123

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - LAW DIVISION

ANDREW HOWELL,                                   )
                                                 )
       Plaintiff,                        )
                                                 )
       v.                                )       No.
                                                 )
WILLIAM JOFFE, individually, and as the agent and/or )
employee of SAINT MARY CATHOLIC CHURCH,          )
SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE       )
OF ROCKFORD, MONSIGNOR JAMES                     )
MCLOUGHLIN, individually, and as the agent and/or )
employee of SAINT MARY CATHOLIC CHURCH,          )
SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE       )
OF ROCKFORD, MONSIGNOR DAVID KAGAN,              )
individually, and as the agent and/or employee of SAINT )
MARY CATHOLIC CHURCH, SAINT MARY SCHOOL,         )
and/or CATHOLIC DIOCESE OF ROCKFORD, SAINT       )
MARY CATHOLIC CHURCH, SAINT MARY SCHOOL,         )
and/or CATHOLIC DIOCESE OF ROCKFORD, ELLEN       )
LYNCH, individually, and as the agent and/or employee of )
HINSHAW & CULBERTSON, LLP, SAINT MARY            )
CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or       )
CATHOLIC DIOCESE OF ROCKFORD, and HINSHAW        )
& CULBERTSON, LLP,                               )
                                                 )
       Defendants.                       )

### COMPLAINT

NOW COMES the Plaintiff, ANDREW HOWELL, by and through his attorneys, KARCHMAR & LAMBERT, P.C. and Michael D. Ambroziak, and complaining of the Defendants, WILLIAM JOFFE, individually, and as the agent and/or employee of SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD, MONSIGNOR JAMES MCLOUGHLIN, individually, and as the agent and/or employee of SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD, MONSIGNOR DAVID KAGAN, individually, and as the agent and/or employee of c, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD, ELLEN LYNCH, individually, and as the agent and/or employee of HINSHAW & CULBERTSON, LLP, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD, and HINSHAW & CULBERTSON, LLP, states as follows:

EXHIBIT

A

FEB-09-2006  11:47        ASE  ?TED PRESS                                    P.04/20

## FACTUAL BACKGROUND

1.    The Plaintiff, ANDREW HOWELL, is now an adult male, being 38 years of age, and

       currently resides in the State of Colorado.

2.    At all times material, the Defendant, CATHOLIC DIOCESE OF ROCKFORD, was and

       is an Illinois not-for-profit corporation and located in Rockford, Illinois.

3.    At all times material, the Defendant, SAINT MARY CATHOLIC CHURCH, was a

       parish operated by the Defendant, CATHOLIC DIOCESE OF ROCKFORD, located in

       Woodstock, Illinois.

4.    At all times material, the Defendant, SAINT MARY SCHOOL, was a school operated by

       the Defendant, CATHOLIC DIOCESE OF ROCKFORD, located in Woodstock, Illinois.

5.    At all times material, the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT

       MARY SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD, and its agents,

       officers, and/or employees were, and continue to be, responsible for the selection and

       assignment of pastors, associate pastors, instructor, administrators, directors, and/or other

       religious officials, the exercise of authority over various members of its denomination,

       and the maintenance of the well-being of its members within its denomination in the State

       of Illinois.

6.    At all times material, the Defendant, WILLIAM JOFFE, was a pastor, instructor,

       administrator, and/or director under the direct supervision, agency, employ, and/or control

       of the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL,

       and/or CATHOLIC DIOCESE OF ROCKFORD.

7.    At all times material, the Defendant, WILLIAM JOFFE, was a pastor, instructor,

       administrator, and/or director, who was hired, educated, supervised, and trained by the

Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or

CATHOLIC DIOCESE OF ROCKFORD, and was under the direct supervision, employ,

agency, and/or control of the Defendants, SAINT MARY CATHOLIC CHURCH,

SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD.

8.      At all times material, the Defendant, WILLIAM JOFFE, had among his duties in his

employment to provide pastoral care, assistance, instruction, and/or counseling for

members, parishioners, and/or students of the Defendants, SAINT MARY CATHOLIC

CHURCH and/or SAINT MARY SCHOOL.

9.      The Plaintiff, ANDREW HOWELL, was a parishioner at the Defendant, SAINT MARY

CHURCH, and a student at the Defendant, SAINT MARY CATHOLIC SCHOOL, and

first came to know the Defendant, WILLIAM JOFFE, on or around 1976, through the

Plaintiff, ANDREW HOWELL's, contact with the Defendants, SAINT MARY

CHURCH and SAINT MARY CATHOLIC SCHOOL.

10.     At said time, the Plaintiff, ANDREW HOWELL, was a minor, being only 8 years of age,

and the Defendant, WILLIAM JOFFE, was approximately 45 years of age.

11.     That the Plaintiff, ANDREW HOWELL, came to know, admire, trust, revere, and respect

the Defendant, WILLIAM JOFFE, as a person of great influence and persuasion as a holy

man, authority figure, pastor, counselor, and/or spiritual advisor.

12.     That on or around 1976 and/or 1977, the Plaintiff, ANDREW HOWELL, accompanied

the Defendant, WILLIAM JOFFE, on retreats to a farm.

13.     That on or around 1978, the Defendant, WILLIAM JOFFE, accompanied the Plaintiff,

ANDREW HOWELL, and his family on vacation.

14.     That in or around 1976 through in or around 1979, the Defendant, WILLIAM JOFFE,

engaged in illegal, immoral, and inappropriate sexual conduct upon the Plaintiff, ANDREW HOWELL.

15.   That in approximately March of 2004 through approximately May of 2004, the Plaintiff, ANDREW HOWELL, was contacted by agents and/or employees of the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD, specifically, by the Defendants, MONSIGNOR JAMES MCLOUGHLIN and MONSIGNOR DAVID KAGAN.

16.   That sometime, in approximately April of 2004, the Plaintiff, ANDREW HOWELL, was contacted by the Defendant, ELLEN LYNCH, purporting to represent the Defendant, CATHOLIC DIOCESE OF ROCKFORD.

17.   That during one contact, in approximately April of 2004, and specifically, a voice mail message left by the Defendant, ELLEN LYNCH, and the Defendant, MONSIGNOR DAVID KAGAN, for the Plaintiff, ANDREW HOWELL, the Defendant, ELLEN LYNCH, and the Defendant, MONSIGNOR DAVID KAGAN, made rude, derogatory, inflammatory, and inappropriate comments about the Plaintiff, ANDREW HOWELL, and about other victims who had experienced sexual assault and abuse by the Defendant, WILLIAM JOFFE.

18.   That at the time of said voice mail message left by the Defendant, ELLEN LYNCH, the Defendant, ELLEN LYNCH, was an agent and/or employee of the Defendant, HINSHAW & CULBERTSON, LLP.

19.   That on or about February 10, 2004, the Plaintiff, ANDREW HOWELL, began to have memories of being sexually abused by the Defendant, WILLIAM JOFFE, in or around 1976 through in or around 1979.

20.  That prior to February of 2004, the Plaintiff, ANDREW HOWELL's, memories of being sexually abused by the Defendant, WILLIAM JOFFE, were repressed and unknown to him.

21.  That after the contact by the agents and/or employees of the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD, and the contact by the Defendant, ELLEN LYNCH, the Plaintiff, ANDREW HOWELL, discovered that he had suffered emotional injuries caused by the childhood sexual abuse committed by the Defendant, WILLIAM JOFFE.

22.  That after the contact by the agents and/or employees of the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD, and the contact by the Defendant, ELLEN LYNCH, the Plaintiff, ANDREW HOWELL, discovered that the emotional injuries from which he suffered were as a result of the childhood sexual abuse committed by the Defendant, WILLIAM JOFFE.

23.  That after the contact by the agents and/or employees of the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD, and the contact by the Defendant, ELLEN LYNCH, the Plaintiff, ANDREW HOWELL, discovered that the relationship between the childhood sexual abuse committed by the Defendant, WILLIAM JOFFE, and the emotional injuries from which he suffered and continues to suffer.

24.  That as a direct and proximate result of the negligent, reckless, and/or wrongful conduct of the Defendants, the Plaintiff, ANDREW HOWELL, has suffered and continues to suffer severe emotional distress.

25.     That as a direct and proximate result of the negligent, reckless, and/or wrongful conduct

of the Defendants, the Plaintiff, ANDREW HOWELL, has suffered and continues to

suffer terror, embarrassment, loss of self-esteem, disgrace, humiliation, depression,

disability, loss of a normal life, loss of religious faith, difficulty in practicing religion,

difficulty in maintaining relationships, and severe psychological injury, and has incurred

and will incur in the future, expenses for psychological and medical treatment, therapy,

and counseling in an attempt to become cured of his injuries.

### COUNT I – Assault & Battery v. JOFFE

26.     The Plaintiff, ANDREW HOWELL, re-alleges and re-incorporates paragraphs 1 though

25 inclusive as if fully set forth herein under this Count I.

27.     That the Defendant, WILLIAM JOFFE, without provocation or justification engaged in

harmful, offensive, and illegal sexual contact upon the person of the Plaintiff, ANDREW

HOWELL.

28.     That as a direct and proximate result of the conduct of the Defendant, WILLIAM JOFFE,

the Plaintiff, ANDREW HOWELL, has suffered substantial personal injury and damages.

WHEREFORE, the Plaintiff, ANDREW HOWELL, demands judgment against the

Defendant, WILLIAM JOFFE, in an amount in excess of $ 50,000.00 (FIFTY THOUSAND

DOLLARS), plus costs.

### COUNT II – Breach of Fiduciary Duty v. JOFFE

29.     The Plaintiff, ANDREW HOWELL, re-alleges and re-incorporates paragraphs 1 through

25 inclusive as if fully set forth herein under this Count II.

30.     That the Defendant, WILLIAM JOFFE, by holding himself out as a qualified religious

instructor, adviser, and counselor, gained superiority, dominance, and influence over the

Plaintiff, ANDREW HOWELL, and thus had a fiduciary relationship with the Plaintiff, ANDREW HOWELL.

31.    That the Defendant, WILLIAM JOFFE, breached his fiduciary duty to the Plaintiff, ANDREW HOWELL, by engaging in the wrongful conduct described herein, and as a direct and proximate cause thereof, the Plaintiff, ANDREW HOWELL, did sustain substantial personal injury.

WHEREFORE, the Plaintiff, ANDREW HOWELL, demands judgment against the Defendant, WILLIAM JOFFE, in an amount in excess of $ 50,000.00 (FIFTY THOUSAND DOLLARS), plus costs.

## COUNT III - I.I.E.D. v. JOFFE

32.    The Plaintiff, ANDREW HOWELL, re-alleges and re-incorporates paragraphs 1 through 25 inclusive as if fully set forth herein under this Count III.

33.    That the conduct of the Defendant, WILLIAM JOFFE, described herein is extreme and outrageous.

34.    That the Defendant, WILLIAM JOFFE, intended, or knew, that his conduct would inflict severe emotional distress upon the Plaintiff, ANDREW HOWELL.

35.    That as a direct and proximate result of the wrongful conduct of the Defendant, WILLIAM JOFFE, the Plaintiff, ANDREW HOWELL, did suffer severe emotional distress as described herein.

WHEREFORE, the Plaintiff, ANDREW HOWELL, demands judgment against the Defendant, WILLIAM JOFFE, in an amount in excess of $ 50,000.00 (FIFTY THOUSAND DOLLARS), plus costs.

## COUNT IV - Vicarious Liability v. CATHOLIC DIOCESE OF ROCKFORD, et al.

36.   The Plaintiff, ANDREW HOWELL, re-alleges and re-incorporates paragraphs 1 through

        25 inclusive as if fully set forth herein under this Count IV.

37.   That the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL,

        and/or CATHOLIC DIOCESE OF ROCKFORD, made the Defendant, WILLIAM

        JOFFE, a pastor within the Church and held the Defendant, WILLIAM JOFFE, out to the

        community as a fit and competent agent of the Church.

38.   That at all times material, the Defendant, WILLIAM JOFFE, was employed by and/or the

        agent of the Defendant, SAINT MARY CATHOLIC CHURCH, SAINT MARY

        SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD, and was under its direct

        supervision and control when he negligently performed his employment duties and

        committed the wrongful acts described herein.

39.   That at all times material, the Defendant, WILLIAM JOFFE, also committed said acts

        within the apparent authority arising from the course of his employment and/or agency

        with the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL,

        and/or CATHOLIC DIOCESE OF ROCKFORD.

40.   That the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL,

        and/or CATHOLIC DIOCESE OF ROCKFORD, is vicariously liable under the doctrine

        of Respondeat Superior and/or Agency law for the acts of the Defendant, WILLIAM

        JOFFE.

        WHEREFORE, the Plaintiff, ANDREW HOWELL, demands judgment against the

Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or

CATHOLIC DIOCESE OF ROCKFORD, in an amount in excess of $ 50,000.00 (FIFTY

THOUSAND DOLLARS), plus costs.

**COUNT V - Breach of Fiduciary Duty v. CATHOLIC DIOCESE OF ROCKFORD, et al.**

41.     The Plaintiff, ANDREW HOWELL, re-alleges and re-incorporates paragraphs 1 through

25 inclusive as if fully set forth herein under this Count V.

42.     That the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL,

and/or CATHOLIC DIOCESE OF ROCKFORD, by and through its agents and/or

employees, the Defendants, WILLIAM JOFFE, MONSIGNOR JAMES MCLAUGHLIN,

and/or MONSIGNOR DAVID KAGAN, by holding themselves out as counselors and

advisers on matters that were spiritual, moral, and ethical, entered into a fiduciary

relationship with the Plaintiff, ANDREW HOWELL.

43.     The Defendant, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL,

and/or CATHOLIC DIOCESE OF ROCKFORD, by and through its agents and/or

employees, the Defendants, WILLIAM JOFFE, MONSIGNOR JAMES MCLAUGHLIN,

and/or MONSIGNOR DAVID KAGAN, breached its fiduciary duty to the Plaintiff,

ANDREW HOWELL, by engaging in the conduct described herein, and as a direct and

proximate result thereof, the Plaintiff, ANDREW HOWELL, did suffer substantial

personal injury.

        WHEREFORE, the Plaintiff, ANDREW HOWELL, demands judgment against the

Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or

CATHOLIC DIOCESE OF ROCKFORD, in an amount in excess of $ 50,000.00 (FIFTY

THOUSAND DOLLARS), plus costs.

        **COUNT VI - Negligence v. CATHOLIC DIOCESE OF ROCKFORD, et al.**

44.     The Plaintiff, ANDREW HOWELL, re-alleges and re-incorporates paragraphs 1 through

25 inclusive as if fully set forth herein under this Count VI.

45.   That at all times material, the Defendant, WILLIAM JOFFE, was employed as a reverend, spiritual leader, adviser, and counselor by the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD, and was the under the direct supervision, employ, and control when he committed the wrongful acts alleged herein.

46.   That at all times material, the Defendant, WILLIAM JOFFE, committed said wrongful acts while in the course and scope of his employment with the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD, and/or accomplished said wrongful conduct by virtue of his job created authority.

47.   That at all times material, the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD, had a duty to exercise reasonable care in the hiring, supervision, and retention of the Defendant, WILLIAM JOFFE, and a duty to protect the Plaintiff, ANDREW HOWELL, a minor, from harm.

48.   That the risk of injury to the Plaintiff, ANDREW HOWELL, was reasonably foreseeable and that as a direct and proximate result of the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD's, breach of their duty to exercise reasonable care in the hiring, supervision, and retention of the Defendant, WILLIAM JOFFE, as well as the breach of their duty to protect the Plaintiff, ANDREW HOWELL, from harm, the Plaintiff, ANDREW HOWELL, sustained substantial personal injury.

WHEREFORE, the Plaintiff, ANDREW HOWELL, demands judgment against the

Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or

CATHOLIC DIOCESE OF ROCKFORD, in an amount in excess of $ 50,000.00 (FIFTY

THOUSAND DOLLARS), plus costs.

      COUNT VII - LE.E.D. v. ELLEN LYNCH and MONSIGNOR DAVID KAGAN

49.    The Plaintiff, ANDREW HOWELL, re-alleges and re-incorporates paragraphs 1 through

      25 inclusive as if fully set forth herein under this Count VII.

50.    That sometime, in approximately April of 2004, the Plaintiff, ANDREW HOWELL, was

      contacted by the Defendant, ELLEN LYNCH, appearing to represent the Defendant,

      CATHOLIC DIOCESE OF ROCKFORD.

51.    That during one contact, in approximately April of 2004, specifically, a voice mail

      message left by the Defendant, ELLEN LYNCH, and the Defendant, MONSIGNOR

      DAVID KAGAN, for the Plaintiff, ANDREW HOWELL, the Defendant, ELLEN

      LYNCH, and the Defendant, MONSIGNOR DAVID KAGAN, made rude, derogatory,

      inflammatory, and inappropriate comments about the Plaintiff, ANDREW HOWELL,

      and about other victims who had experienced sexual assault and abuse by the Defendant,

      WILLIAM JOFFE.

52.    That at the time of said voice mail message left by the Defendant, ELLEN LYNCH, the

      Defendant, ELLEN LYNCH, was an agent and/or employee of the Defendant,

      HINSHAW & CULBERTSON, LLP.

53.    That at the time of said voice mail message left by the Defendant, ELLEN LYNCH, the

      Defendant, ELLEN LYNCH, was an apparent agent and/or employee, of the Defendant,

      CATHOLIC DIOCESE OF ROCKFORD.

54.    That at the time of said voice mail message left by the Defendant, MONSIGNOR DAVID

KAGAN, the Defendant, MONSIGNOR DAVID KAGAN, was an agent and/or

employee, of the Defendant, CATHOLIC DIOCESE OF ROCKFORD.

55.    That the conduct of the Defendant, ELLEN LYNCH, and the Defendant, MONSIGNOR

DAVID KAGAN, described herein is extreme and outrageous.

56.    That the Defendant, ELLEN LYNCH, and the Defendant, MONSIGNOR DAVID

KAGAN, intended, or knew, that their conduct would inflict severe emotional distress

upon the Plaintiff, ANDREW HOWELL.

57.    That as a direct and proximate result of the wrongful conduct of the Defendant, ELLEN

LYNCH, and the Defendant, MONSIGNOR DAVID KAGAN, the Plaintiff, ANDREW

HOWELL, did suffer severe emotional distress as described herein.

WHEREFORE, the Plaintiff, ANDREW HOWELL, demands judgment against the

Defendants, ELLEN LYNCH and MONSIGNOR DAVID KAGAN, in an amount in excess of

$ 50,000.00 (FIFTY THOUSAND DOLLARS), plus costs.

COUNT VIII - N.I.E.D. v. ELLEN LYNCH and MONSIGNOR DAVID KAGAN

58.    The Plaintiff, ANDREW HOWELL, re-alleges and re-incorporates paragraphs 1 through

25 inclusive as if fully set forth herein under this Count VIII.

59.    That sometime, in approximately April of 2004, the Plaintiff, ANDREW HOWELL, was

contacted by the Defendant, ELLEN LYNCH, appearing to represent the Defendant,

CATHOLIC DIOCESE OF ROCKFORD.

60.    That during one contact, in approximately April of 2004, specifically, a voice mail

message left by the Defendant, ELLEN LYNCH, and the Defendant, MONSIGNOR

DAVID KAGAN, for the Plaintiff, ANDREW HOWELL, the Defendant, ELLEN

LYNCH, and the Defendant, MONSIGNOR DAVID KAGAN, made rude, derogatory,

inflammatory, and inappropriate comments about the Plaintiff, ANDREW HOWELL,

and about other victims who had experienced sexual assault and abuse by the Defendant,

WILLIAM JOFFE.

61.   That at the time of said voice mail message left by the Defendant, ELLEN LYNCH, the

       Defendant, ELLEN LYNCH, was an agent and/or employee of the Defendant,

       HINSHAW & CULBERTSON, LLP.

62.   That at the time of said voice mail message left by the Defendant, ELLEN LYNCH, the

       Defendant, ELLEN LYNCH, was an apparent agent and/or employee, of the Defendant,

       CATHOLIC DIOCESE OF ROCKFORD.

63.   That at the time of said voice mail message left by the Defendant, MONSIGNOR DAVID

       KAGAN, the Defendant, MONSIGNOR DAVID KAGAN, was an agent and/or

       employee, of the Defendant, CATHOLIC DIOCESE OF ROCKFORD.

64.   That the conduct of the Defendant, ELLEN LYNCH, and the Defendant, MONSIGNOR

       DAVID KAGAN, described herein is extreme and outrageous.

65.   That the Defendant, ELLEN LYNCH, and the Defendant, MONSIGNOR DAVID

       KAGAN, should have known, in the exercise of reasonable care, that their conduct would

       inflict severe emotional distress upon the Plaintiff, ANDREW HOWELL.

66.   That as a direct and proximate result of the negligent conduct of the Defendant, ELLEN

       LYNCH, and the Defendant, MONSIGNOR DAVID KAGAN, the Plaintiff, ANDREW

       HOWELL, did suffer severe emotional distress as described herein.

       WHEREFORE, the Plaintiff, ANDREW HOWELL, demands judgment against the

Defendants, ELLEN LYNCH and MONSIGNOR DAVID KAGAN, in an amount in excess of

$ 50,000.00 (FIFTY THOUSAND DOLLARS), plus costs.

## COUNT IX - Vicarious Liability v. HINSHAW & CULBERTSON, LLP

67.     The Plaintiff, ANDREW HOWELL, re-alleges and re-incorporates paragraphs 1 through

25 inclusive as if fully set forth herein under this Count IX.

68.     That at all times material, the Defendant, ELLEN LYNCH, was employed by and/or the

agent of the Defendant, HINSHAW & CULBERTSON, LLP, and was under its direct

supervision and control when she improperly performed her employment duties and

committed the wrongful acts described herein.

69.     That at all times material, the Defendant, ELLEN LYNCH, also committed said acts

within the apparent authority arising from the course of her employment and/or agency

with the Defendant, HINSHAW & CULBERTSON, LLP.

70.     That the Defendant, HINSHAW & CULBERTSON, LLP, is vicariously liable under the

doctrine of Respondeat Superior and/or Agency law for the acts of the Defendant, ELLEN

LYNCH.

WHEREFORE, the Plaintiff, ANDREW HOWELL, demands judgment against the

Defendant, HINSHAW & CULBERTSON, in an amount in excess of $ 50,000.00 (FIFTY

THOUSAND DOLLARS), plus costs.

## COUNT X - Fraud v. MONSIGNOR MCLOUGHLIN and MONSIGNOR KAGAN

71.     The Plaintiff, ANDREW HOWELL, re-alleges and re-incorporates paragraphs 1 through

25 inclusive as if fully set forth herein under this Count X.

72.     That in approximately March of 2004 through approximately May of 2004, the Plaintiff,

ANDREW HOWELL, was contacted by agents and/or employees of the Defendants,

SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC

DIOCESE OF ROCKFORD, specifically, by the Defendants, MONSIGNOR JAMES

MCLOUGHLIN and MONSIGNOR DAVID KAGAN.

73. That during these contacts by the Defendants, MONSIGNOR JAMES MCLOUGHLIN and MONSIGNOR DAVID KAGAN, they stated to the Plaintiff, ANDREW HOWELL, that they desired to offer assistance to the Plaintiff, ANDREW HOWELL.

74. That during these contacts by the Defendants, MONSIGNOR JAMES MCLOUGHLIN and MONSIGNOR DAVID KAGAN, they made representations to the Plaintiff, ANDREW HOWELL, urging the Plaintiff, ANDREW HOWELL, to engage in a "sacramental reconciliation".

75. That the contacts by the Defendants, MONSIGNOR JAMES MCLOUGHLIN and MONSIGNOR DAVID KAGAN, were knowingly false and in bad faith.

76. That the contacts by the Defendants, MONSIGNOR JAMES MCLOUGHLIN and MONSIGNOR DAVID KAGAN, were intended to induce the Plaintiff, ANDREW HOWELL, to forego legal action.

77. That the Defendants, MONSIGNOR JAMES MCLOUGHLIN and MONSIGNOR DAVID KAGAN, did not intend to actually assist the Plaintiff, ANDREW HOWELL.

78. That as a direct and proximate result of the wrongful conduct of the Defendants, MONSIGNOR JAMES MCLOUGHLIN and MONSIGNOR DAVID KAGAN, the Plaintiff, ANDREW HOWELL, did suffer severe emotional distress as described herein.

WHEREFORE, the Plaintiff, ANDREW HOWELL, demands judgment against the Defendants, MONSIGNOR JAMES MCLOUGHLIN and MONSIGNOR DAVID KAGAN, in an amount in excess of $ 50,000.00 (FIFTY THOUSAND DOLLARS), plus costs.

*Matthew Karchman*

Matthew B. Karchmar

Matthew B. Karchmar
Karchmar & Lambert, P.C.
211 W. Wacker, Suite 550
Chicago, IL  60606
(312)977-1300
Cook County Firm # 39922


Michael D. Ambroziak
Ambroziak & Kitto, LLC
2539 Eliot Street
Denver, CO  80211
(720)560-4172
Illinois ARDC # 6255551

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - LAW DIVISION

ANDREW HOWELL,                                        )
                                                      )
                    Plaintiff,                        )
                                                      )
                                                      )
          v.                                          )          No.
                                                      )
WILLIAM JOFFE, individually, and as the agent and/or  )
employee of SAINT MARY CATHOLIC CHURCH,               )
SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE            )
OF ROCKFORD, MONSIGNOR JAMES                          )
MCLOUGHLIN, individually, and as the agent and/or     )
employee of SAINT MARY CATHOLIC CHURCH,               )
SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE            )
OF ROCKFORD, MONSIGNOR DAVID KAGAN,                   )
individually, and as the agent and/or employee of SAINT )
MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, )
and/or CATHOLIC DIOCESE OF ROCKFORD, SAINT   )
MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, )
and/or CATHOLIC DIOCESE OF ROCKFORD, ELLEN  )
LYNCH, individually, and as the agent and/or employee of )
HINSHAW & CULBERTSON, LLP, SAINT MARY       )
CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or  )
CATHOLIC DIOCESE OF ROCKFORD, and HINSHAW   )
& CULBERTSON, LLP,                                    )
                                                      )
                    Defendants.                       )

### AFFIDAVIT PURSUANT TO 222(b)

That I, Matthew B. Karchmar, do hereby attest under oath to the following:

1.   That I am the attorney for the Plaintiff, ANDREW HOWELL.

2.   That the money damages sought in this matter does exceed $ 50,000.00 (FIFTY
     THOUSAND DOLLARS).

     I, Matthew B. Karchmar, an attorney, under penalties as provided by law pursuant to
Section 1-109 of the Code of Civil Procedure, certifies that the statements set forth in this
instrument are true and correct, except as to matters therein stated to be on information and belief
and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be
true.

*Matthew Karchmar*

Matthew B. Karchmar

Matthew B. Karchmar
Karchmar & Lambert, P.C.
211 W. Wacker, Suite 550
Chicago, IL 60606
(312)977-1300
Cook County Firm # 39922

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

**SUMMONS**          **ALIAS SUMMONS**          (REV.5/1/92)CCG -1

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

ANDREW HOWELL,

        Plaintiff,

    v.

WILLIAM JOFFE, et al.,

        Defendants.

No.

**SHERIFF PLEASE SERVE:**

See reverse side for service list

### SUMMONS

    **YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

FEB 9 2006

WITNESS,.............................................

.................... ~OTHY BROWN
         **Clerk of court**

| | |
|---|---|
| Name | KARCHMAR & LAMBERT, P.C. |
| Attorney for | Plaintiff |
| Address | 211 W. Wacker, Suite 550 |
| City | Chicago, IL 60606 |
| Telephone | (312) 977-1300 |
| Atty. No. | 39922 |

Date of service: 02-14-06
(To be inserted by officer on copy left with Defendant or other person)

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

*Law Division Room 801
Chancery-Divorce Room 802
County Division Room 801
Probate Division Room 1202



EXHIBIT

B



RECEIVED
FEB 1 4 2006
CATHOLIC DIOCESE OF ROCKFORD
LEGAL DEPARTMENT

## SERVICE LIST

SAINT MARY CATHOLIC CHURCH
MONSIGNOR JAMES MCLOUGHLIN
312 Lincoln Ave.
Woodstock, IL 60098


SAINT MARY SCHOOL
313 Tryon Street
Woodstock, IL 60098


CATHOLIC DIOCESE OF ROCKFORD
MONSIGNOR DAVID KAGAN
ELLEN LYNCH
555 Colman Center Drive
Rockford, IL 61108



| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

**SUMMONS**           **ALIAS SUMMONS**           **(REV.5/1/92)CCG -1**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

ANDREW HOWELL,

         Plaintiff,

     v.

WILLIAM JOFFE, et al.,

         Defendants.

No.

**SHERIFF PLEASE SERVE:**

See reverse side for service list

### SUMMONS

     **YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602) within 30 days after service of this sum-mons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the officer:

     This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS,.................... **FEB 9 2006**

....................................................
               **Clerk of court**

| | |
|---|---|
| Name | KARCHMAR & LAMBERT, P.C. |
| Attorney for | Plaintiff |
| Address | 211 W. Wacker, Suite 550 |
| City | Chicago, IL 60606 |
| Telephone | (312) 977-1300 |
| Atty. No. | 39922 |

Date of service: 02 - 14 - 06
(To be inserted by officer on copy left with
Defendant or other person)

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

*Law Division Room 801
Chancery-Divorce Room 802
County Division Room 801
Probate Division Room 1202



RECEIVED

FEB 14 2006

CATHOLIC DIOCESE OF ROCKFORD
LEGAL DEPARTMENT

## SERVICE LIST

SAINT MARY CATHOLIC CHURCH
MONSIGNOR JAMES MCLOUGHLIN
312 Lincoln Ave.
Woodstock, IL 60098

SAINT MARY SCHOOL
313 Tryon Street
Woodstock, IL 60098

CATHOLIC DIOCESE OF ROCKFORD
MONSIGNOR DAVID KAGAN
ELLEN LYNCH
555 Colman Center Drive
Rockford, IL 61108

*Ragan*

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

<u>SUMMONS</u>          <u>ALIAS SUMMONS</u>          (REV.5/1/92)CCG -1

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

ANDREW HOWELL,

                    Plaintiff,

          v.                                          No.

WILLIAM JOFFE, et al.,                       <u>SHERIFF PLEASE SERVE:</u>

                    Defendants.                 See reverse side for service list

## SUMMONS

    **YOU ARE SUMMONED** and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS,....................................................

............................................................
                    **Clerk of court**

| | |
|---|---|
| Name | KARCHMAR & LAMBERT, P.C. |
| Attorney for | Plaintiff |
| Address | 211 W. Wacker, Suite 550 |
| City | Chicago, IL 60606 |
| Telephone | (312) 977-1300 |
| Atty. No. | 39922 |

Date of service: *02-14-06*
(To be inserted by officer on copy left with Defendant or other person)

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

*Law Division Room 801
Chancery-Divorce Room 802
County Division Room 801
Probate Division Room 1202



RECEIVED
FEB 14 2006
CATHOLIC DIOCESE OF ROCKFORD
LEGAL DEPARTMENT

—

Ragan

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

<u>SUMMONS</u>    <u>ALIAS SUMMONS</u>    (REV.5/1/92)CCG -1

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

ANDREW HOWELL,

Plaintiff,

v.    No.

WILLIAM JOFFE, et al.,    **SHERIFF PLEASE SERVE:**

Defendants.

See reverse side for service list

### SUMMONS

   YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the officer:

   This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS,...............................................

...................................................................
**Clerk of court**

| | |
|---|---|
| Name | KARCHMAR & LAMBERT, P.C. |
| Attorney for | Plaintiff |
| Address | 211 W. Wacker, Suite 550 |
| City | Chicago, IL 60606 |
| Telephone | (312) 977-1300 |
| Atty. No. | 39922 |

Date of service: 02-14-06
(To be inserted by officer on copy left with Defendant or other person)

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

*Law Division Room 801
Chancery-Divorce Room 802
County Division Room 801
Probate Division Room 1202



RECEIVED
FEB 1 4 2006
CATHOLIC DIOCESE OF ROCKFORD
LEGAL DEPARTMENT

*Served Feb. 16, 2006*

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

*St. Mary Church*

**SUMMONS**          **ALIAS SUMMONS**          **(REV.5/1/92)CCG -1**

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

ANDREW HOWELL,

        Plaintiff,

    v.                          No.

WILLIAM JOFFE, et al.,          **SHERIFF PLEASE SERVE:**

        Defendants.          See reverse side for service list

### SUMMONS

    **YOU ARE SUMMONED** and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS,.................................................

.................................................
                  Clerk of court

| | |
|---|---|
| Name | KARCHMAR & LAMBERT, P.C. |
| Attorney for | Plaintiff |
| Address | 211 W. Wacker, Suite 550 |
| City | Chicago, IL  60606 |
| Telephone | (312) 977-1300 |
| Atty. No. | 39922 |

Date of service:................., ............
(To be inserted by officer on copy left with Defendant or other person)

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

*Law Division Room 801
Chancery-Divorce Room 802
County Division Room 801
Probate Division Room 1202

**SERVICE LIST**

SAINT MARY CATHOLIC CHURCH
MONSIGNOR JAMES MCLOUGHLIN
312 Lincoln Ave.
Woodstock, IL 60098

SAINT MARY SCHOOL
313 Tryon Street
Woodstock, IL 60098

CATHOLIC DIOCESE OF ROCKFORD
MONSIGNOR DAVID KAGAN
ELLEN LYNCH
555 Colman Center Drive
Rockford, IL 61108

*Served Feb. 16, 2006*

*St. Mary School*

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

**SUMMONS**        **ALIAS SUMMONS**        **(REV.5/1/92)CCG -1**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

ANDREW HOWELL,

 Plaintiff,

 v.

WILLIAM JOFFE, et al.,

 Defendants.

No.

**SHERIFF PLEASE SERVE:**

See reverse side for service list

## SUMMONS

 YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the officer:

 This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

 WITNESS,.............................................

 ..................................................
 **Clerk of court**

| | |
|---|---|
| Name | KARCHMAR & LAMBERT, P.C. |
| Attorney for | Plaintiff |
| Address | 211 W. Wacker, Suite 550 |
| City | Chicago, IL 60606 |
| Telephone | (312) 977-1300 |
| Atty. No. | 39922 |

Date of service:.............................
(To be inserted by officer on copy left with Defendant or other person)

BY BROWN

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

*Law Division Room 801
Chancery-Divorce Room 802
County Division Room 801
Probate Division Room 1202

**SERVICE LIST**

SAINT MARY CATHOLIC CHURCH
MONSIGNOR JAMES MCLOUGHLIN
312 Lincoln Ave.
Woodstock, IL 60098

SAINT MARY SCHOOL
313 Tryon Street
Woodstock, IL 60098

CATHOLIC DIOCESE OF ROCKFORD
MONSIGNOR DAVID KAGAN
ELLEN LYNCH
555 Colman Center Drive
Rockford, IL 61108

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

|  |  |  |
|---|---|---|
| ANDREW HOWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WILLIAM JOFFE, individually, and as the | ) | Case No. 06 L 001454 |
| agent and/or employee of SAINT MARY | ) | |
| CATHOLIC CHURCH, SAINT MARY | ) | |
| SCHOOL, and/or CATHOLIC DIOCESE OF | ) | |
| ROCKFORD, MONSIGNOR JAMES | ) | |
| MCLOUGHLIN, individually, and as agent | ) | |
| and/or employee of SAINT MARY | ) | |
| CATHOLIC CHURCH, SAINT MARY | ) | |
| SCHOOL, and/or CATHOLIC DIOCESE OF | ) | |
| ROCKFORD, MONSIGNOR DAVID | ) | |
| KAGAN, individually, and as the agent and/or | ) | |
| employee of SAINT MARY CATHOLIC | ) | |
| CHURCH, SAINT MARY SCHOOL, and/or | ) | |
| CATHOLIC DIOCESE OF ROCKFORD, | ) | |
| SAINT MARY CATHOLIC CHURCH, SAINT | ) | |
| MARY SCHOOL, and/or CATHOLIC | ) | |
| DIOCESE OF ROCKFORD, ELLEN LYNCH, | ) | |
| individually, and as the agent and/or employee | ) | |
| of HINSHAW & CULBERTSON, LLP, SAINT | ) | |
| MARY CATHOLIC CHURCH, SAINT MARY | ) | |
| SCHOOL, and/or CATHOLIC DIOCESE OF | ) | |
| ROCKFORD, and HINSHAW & | ) | |
| CULBERTSON, LLP, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF FILING OF THE
## NOTICE OF REMOVAL

NOW COME the Defendants, ST. MARY'S CHURCH OF WOODSTOCK, a religious

corporation, incorrectly named as "SAINT MARY'S CATHOLIC CHURCH and SAINT

MARY'S SCHOOL", MONSIGNOR JAMES MCLOUGHLIN, the CATHOLIC DIOCESE OF

ROCKFORD, a religious corporation, and MONSIGNOR DAVID KAGAN, by and through

their attorneys, HINSHAW & CULBERTSON LLP, pursuant to 28 U.S.C. §1446(d), and

certifies that attached is a copy of the Notice of Removal of the captioned case from the Circuit

Court of Cook County, Illinois, County Department, Law Division, to the United States District

Court for the Northern District of Illinois, Western Division, and a Notice of Filing, the originals

of which have been filed in the United States District Court for the Northern District of Illinois,

Western Division, pursuant to 28 U.S.C. §1446.

Date: 3/15/06

ST. MARY'S CHURCH OF WOODSTOCK, a
religious corporation, incorrectly named as "SAINT
MARY'S CATHOLIC CHURCH and SAINT
MARY'S SCHOOL", MONSIGNOR JAMES
MCLOUGHLIN, the CATHOLIC DIOCESE OF
ROCKFORD, a religious corporation, and
MONSIGNOR DAVID KAGAN, Defendants,

By: _____
   Jennifer L. Johnson
   HINSHAW & CULBERTSON LLP
   One of Their Attorneys

HINSHAW & CULBERTSON LLP
500 Coventry Lane, Suite 205
Crystal Lake, Illinois 60014
(815) 459-5123

27055230v1 844854

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

ANDREW HOWELL,                                    )
                                                  )
Plaintiff,                                        )
                                                  )
vs.                                               )
                                                  )          **06 C 5 0 0 5 4**
WILLIAM JOFFE, individually, and as the           )   Case No._____
agent and/or employee of SAINT MARY               )
CATHOLIC CHURCH, SAINT MARY                       )
SCHOOL, and/or CATHOLIC DIOCESE OF                )
ROCKFORD, MONSIGNOR JAMES                         )          **FILED**
MCLOUGHLIN, individually, and as agent            )
and/or employee of SAINT MARY                     )          MAR 1 6 2006
CATHOLIC CHURCH, SAINT MARY                       )
SCHOOL, and/or CATHOLIC DIOCESE OF                )       MICHAEL W. DOBBINS, CLERK
ROCKFORD, MONSIGNOR DAVID                         )      UNITED STATES DISTRICT COURT
KAGAN, individually, and as the agent and/or      )
employee of SAINT MARY CATHOLIC                   )
CHURCH, SAINT MARY SCHOOL, and/or                 )
CATHOLIC DIOCESE OF ROCKFORD,                     )
SAINT MARY CATHOLIC CHURCH, SAINT )
MARY SCHOOL, and/or CATHOLIC                      )   from the Circuit Court of Cook County,
DIOCESE OF ROCKFORD, ELLEN LYNCH, )                   Illinois, County Department, Law Division,
individually, and as the agent and/or employee    )   Cause No. 06 L 001454
of HINSHAW & CULBERTSON, LLP, SAINT )
MARY CATHOLIC CHURCH, SAINT MARY )
SCHOOL, and/or CATHOLIC DIOCESE OF                )
ROCKFORD, and HINSHAW &                           )
CULBERTSON, LLP,                                  )
                                                  )
Defendants.                                       )

## NOTICE OF FILING

TO:    Matthew B. Karchmar
       Karchmar & Lambert, P.C.
       211 West Wacker Drive, Suite 550
       Chicago, Il  60606

Michael D. Ambroziak
Ambroziak & Kitto, LLC
2539 Eliot Street
Denver, Colorado 80211

Clerk of the Circuit Court of Cook County
50 West Washington Street, 8th Floor
Chicago, Illinois 60602

PLEASE TAKE NOTICE that we filed with the Clerk of the United States District Court
for the Northern District of Illinois, Western Division, the attached **Certificate of Filing of the
Notice of Removal** this 15th day of March 2006.

By: _____
Jennifer L. Johnson
HINSHAW & CULBERTSON LLP
Counsel for Defendants,
ST. MARY'S CHURCH of
WOODSTOCK, a religious
corporation, incorrectly named as
"SAINT MARY'S CATHOLIC
CHURCH and SAINT MARY'S
SCHOOL", MONSIGNOR JAMES
McLOUGHLIN, the CATHOLIC
DIOCESE OF ROCKFORD, a
religious corporation, and
MONSIGNOR DAVID KAGAN.

HINSHAW & CULBERTSON LLP
500 Coventry Lane, Suite 205
Crystal Lake, IL  60014-7504
(815) 459-5123